1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

10

11

RICHARD WINGERT,

Case No. CV 22-5256 DMG (MAAx)

12

Plaintiff,

**ORDER RE STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [29]**

13

v.

14

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

15

16

Defendants.

17

18      Pursuant to the parties' stipulation, the above-entitled action is hereby dismissed

19 with prejudice.  Each party shall bear their own attorneys' fees and costs.

20

21 DATED:  April 24, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28